**Mark Williams, Esq.**
**LAW OFFICES OF MARK E. WILLIAMS, P.C.**
**Suite 102 BankPacific Building**
**166 West Marine Corps Drive**
**Dededo, Guam 96929**
**Telephone: 637-9620**
**Facsimile: 637-9660**

IN THE DISTRICT COURT OF GUAM
BANKRUPTCY DIVISION

| | |
|---|---|
| In Re: | ) BC CASE NO. 17-00027 |
| | ) |
| JAMES & NAMIMY NIMEISA | ) NOTICE OF CHANGE |
| | ) OF ADDRESS |
| Debtor. | ) |
| _____ | ) |

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Debtor has indicated the following change of address:

JAMES NIMEISA
1900 S.W. CAMPUS DR. APT. 16-101
Federal Way, WA 98023

Dated: Sep 27, 2018    THE LAW OFFICES OF MARK E. WILLIAMS, P.C.

BY: /S/ Mark Williams
   MARK WILLIAMS, Esq.
   Attorney for Debtors